**Order entered April 22, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00283-CV

**EMPLOYEE SOLUTIONS MCKINNEY, LLC, ESI/EMPLOYEE SOLUTIONS, L.P., AND ESI GENERAL, LLC, Appellants**

**V.**

**MICHAEL WILKERSON, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04305**

## ORDER

On March 16, 2016, we abated this accelerated appeal, from an order denying a motion to compel arbitration, to allow the parties an opportunity to be heard in the trial court on a second motion to compel arbitration. We now **REINSTATE** the appeal. As the parties have not informed the Court of the results of the hearing, we reset all deadlines and **ORDER** Dallas County District Clerk Felicia Pitre and court reporter Vielica Dobbins to file the appellate record no later than April 29, 2016. Appellants shall file their brief within twenty days of the filing of the appellate record. *See* TEX. R. APP. P. 38.2(a).

/s/      CRAIG STODDART
JUSTICE